# UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARTON CRAIG HARVEY, Derivatively on Behalf of Nominal Defendant STAMPS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH T. MCBRIDE, MOHAN P. ANANDA, DAVID C. HABIGER, G. BRADFORD JONES, THEODORE R. SAMUELS, II, KATE ANN MAY, KYLE HEUBNER, JEFFREY CARBERRY, SEBASTIAN BUERBA, JOHN ROLAND CLEM, MATTHEW LIPSON, and AMINE KHECHFE, <br><br> Defendants, and <br><br> STAMPS.COM, INC., a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 1:19-cv-01861-UNA |

## STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

WHEREAS, on or about April 18, 2019, Plaintiff issued a demand for inspection of books and records pursuant to 8 *Del. C.* §220 and received by Stamps.com Inc. on May 8, 2019 (the "Demand") to the Chief Legal Officer and Secretary of Stamps.com, Inc. ("Stamps.com" or the "Company");

WHEREAS, Plaintiff received a negotiated production of documents from the Company pursuant to the Demand, the use of which is governed by an agreed upon confidentiality agreement;

WHEREAS, Plaintiff filed this stockholder derivative action (the "Action") on October 3, 2019 on behalf of Nominal Defendant Stamps.com, Inc. ("Stamps.com" or the "Company"), and against Defendants Kenneth T. McBride, Mohan P. Ananda, David C. Habiger, G. Bradford Jones, Theodore R. Samuels, II, Kate Ann May, Kyle Huebner, Jeffrey Carberry, Sebastian Buerba, John Roland Clem, Matthew Lipson and Amine Khechfe (the "Individual Defendants" and collectively, with Nominal Defendant Stamps.com, the "Defendants");

WHEREAS, Defendants in the Action are also named as defendants in the derivative action captioned *City of Cambridge Retirement System v. Kenneth T. McBride, et al.*, Case No. 2019-0658-AGB, which is currently pending in the Delaware Court of Chancery (the "Chancery Court Action"), filed on or about August 19, 2019;

WHEREAS, the plaintiff in the Chancery Court Action also issued a demand for inspection of books and records pursuant to 8 *Del. C.* §220 to the Board of Directors of the Company, and the Chancery Court Action cites to and relies upon the Company's books and records in alleging state law claims against Stamps.com directors and officers;

WHEREAS, the Action and the Chancery Court Action arise from the same acts and occurrences and involve common issues of law and fact;

WHEREAS, Plaintiff and Defendants have met and conferred in an effort to minimize the expenditure of the Company's resources on duplicative litigation in two separate forums;

WHEREAS, the parties in the Chancery Court Action have agreed upon and the Court of Chancery has entered a briefing schedule for a motion to dismiss in the Chancery Court Action;

WHEREAS, Plaintiff has agreed to stay the Action pending resolution of the Chancery Court Action, and assist in the prosecution of the claims asserted in the Chancery Court Action;

WHEREAS, this stipulation is without prejudice to any party's or non-party's right to argue that a stay of the Chancery Court Action should or should not be entered;

NOW, THEREFORE, Plaintiff and Defendants hereby agree and stipulate, subject to the Court's approval, to a stay of this Action pending the resolution of the Chancery Court Action. Plaintiff and Defendants, by entering this stipulation to stay the Action, do not waive and expressly preserve all arguments and defenses relating to the claims asserted in the Action.

Dated: October 8, 2019

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
| By: */s/ Ned Weinberger* <br> Ned Weinberger (Bar No. 5256) <br> Thomas Curry (Bar No. 5877) <br> 300 Delaware Avenue, Suite 1340 <br> Wilmington, Delaware 19801 <br> (302) 573-2540 | By: */s/ Jon E. Abramczyk* <br> Jon E. Abramczyk (#2432) <br> D. McKinley Measley (#5108) <br> Alexandra M. Cumings (#6146) <br> Riley T. Svikhart (#6585) <br> 1201 North Market Street, 16th Floor <br> Wilmington, Delaware 19899-1347 <br> (302) 658-9200 |
| **HACH ROSE SCHIRRIPA & CHEVERIE LLP** <br> Daniel B. Rehns <br> Kurt Hunciker <br> Kathryn A. Hettler <br> 112 Madison Ave, 10th floor <br> New York, New York 10016 <br> (212) 213-8311 | **KATTEN MUCHIN ROSENMAN** <br> Richard H. Zelichov <br> Paul S. Yong <br> Jonathan Rotenberg <br> 2029 Century Park East, Suite 2600 <br> Los Angeles, California 90067 <br> (310) 788-4440 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED, this ___ day of _____, 2019, that

1. The Action is hereby stayed pending the resolution of the Chancery Court Action;

2. In the event any claim asserted in the Action is not resolved, dismissed or otherwise abandoned with prejudice in connection with the Chancery Court Action, Plaintiff shall make a motion with this Court to request that the stay be lifted, and shall meet and confer with Defendants in advance of making any such motion;

3. This Order shall apply to the Action and any future-filed or transferred actions relating to the subject matter of this case. All actions subsequently filed in or transferred to this Court that involve questions of law or fact similar to those contained in the Action shall be automatically consolidated into the Action. When a case that properly belongs as part of the Action is hereafter filed in or transferred to the Court, this Court requests assistance of counsel in calling to the attention of the Court the filing, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order;

4. The parties shall provide a status report to the Court on or before sixty (60) days after the Delaware Court of Chancery rules on the defendants' anticipated motion to dismiss in the Chancery Court Action.

5. Notwithstanding the foregoing, the parties do not waive, and expressly preserve all arguments and defenses relating to the claims asserted in the Action.

_____
United States District Judge