IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BARTON CRAIG HARVEY, Derivatively on Behalf of Nominal Defendant STAMPS.COM, INC.,

Plaintiff,

v.

KENNETH T. MCBRIDE, MOHAN P. ANANDA, DAVID C. HABIGER, G. BRADFORD JONES, THEODORE R. SAMUELS, II, KATE ANN MAY, KYLE HEUBNER, JEFFREY CARBERRY, SEBASTIAN BUERBA, JOHN ROLAND CLEM, MATTHEW LIPSON, and AMINE KHECHFE,

Defendants, and

STAMPS.COM, INC., a Delaware Corporation,

Nominal Defendant.

Case No. 1:19-CV-01861-CFC

## [PROPOSED] ORDER TEMPORARILY LIFTING STAY AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

IT IS HEREBY ORDERED this 2nd day of September, 2020:

1. The Court's Order to Stay Proceedings (Dkt. No. 7) is hereby temporarily lifted for the limited purpose of appointing Lead Plaintiff and Co-Lead Counsel in above-captioned consolidated shareholder derivative action (the "Consolidated Derivative Action").

2. Barton Craig Harvey is hereby designated as Lead Plaintiff in the Consolidated Derivative Action.

3. The law firms of Labaton Sucharow LLP and Hach Rose Schirripa & Cheverie LLP are hereby designated as Co-Lead Counsel for Lead Plaintiff in the Consolidated Derivative Action.

4. No motion, request for discovery, or other pre-trial or trial proceedings shall hereafter be initiated or filed by any plaintiff except through Co-Lead Counsel. Co-Lead Counsel shall set policy for the prosecution of this litigation, delegate and monitor the work performed to ensure that there is no duplication of effort or unnecessary expense, and initiate and coordinate the activities of counsel. Co-Lead Counsel shall have the authority to negotiate a settlement, subject to approval of Lead Plaintiff and the Court. Counsel for the defendants may rely upon all agreements made with Co-Lead Counsel, and any agreement reached between counsel for Defendants and Co-Lead Counsel shall be binding on all other plaintiffs.

5. Co-Lead Counsel shall assume the power and responsibility to:

   a. Coordinate and direct the preparation of pleadings;

   b. Coordinate and direct the briefing and argument of motions;

   c. Coordinate and direct the conduct of discovery and other pretrial proceedings;

   d. Coordinate and direct class certification proceedings;

   e. Conduct any and all settlement negotiations with counsel for the Defendants;

   f. Coordinate and direct the preparation for trial and trial of this matter, and delegate work responsibilities to selected counsel as may be required; and

   g. Coordinate and direct any other matters concerning the prosecution or resolution of the consolidated action.

6. When a case that properly belongs as part of the Consolidated Derivative Action is hereafter filed in the Court or transferred here from another court, Co-Lead Counsel will ensure that such counsel in any such subsequent action receives notice of this Order.

SO ORDERED this 2nd day of September, 2020

_____
Honorable Colm F. Connolly