# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARTON CRAIG HARVEY, Derivatively on Behalf of Nominal Defendant STAMPS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH T. MCBRIDE, MOHAN P. ANANDA, DAVID C. HABIGER, G. BRADFORD JONES, THEODORE R. SAMUELS, II, KATE ANN MAY, KYLE HEUBNER, JEFFREY CARBERRY, SEBASTIAN BUERBA, JOHN ROLAND CLEM, MATTHEW LIPSON, and AMINE KHECHFE, <br><br> Defendants, and <br><br> STAMPS.COM, INC., a Delaware Corporation, <br><br> Nominal Defendant. | CONSOLIDATED <br> C.A. No. 1:19-CV-01861-CFC |
| MICHAEL RADO and JOEY HILL, Derivatively on Behalf of Nominal Defendant STAMPS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH T. MCBRIDE, ET AL., <br><br> Defendants, <br><br> and, <br><br> STAMPS.COM, INC., a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 1:20-cv-00929-CFC |

# STIPULATION AND [PROPOSED] ORDER REGARDING LEADERSHIP STRUCTURE AND STAY OF CONSOLIDATED DERIVATIVE ACTION

WHEREAS, Plaintiff Barton Craig Harvey ("Harvey") commenced this action on October 3, 2019;

WHEREAS, Harvey's counsel is also litigating a derivative action on behalf of an institutional investor of Stamps.com, Inc. ("Stamps" or the "Company") in the Delaware Court of Chancery ("Delaware Chancery Action"), filed in August 2019, which asserts substantively identical derivative Delaware state law claims;

WHEREAS, to avoid duplicative litigation, inconsistent outcomes, and to conserve the Company's resources, Harvey and the Defendants stipulated to stay this action pending resolution of the Delaware Chancery Action, resulting in the Order to Stay Proceedings entered by this Court on October 10, 2019 (D.I. No. 7) (the "Stay Order");

WHEREAS, in May 2019, Plaintiffs Hill and Rado commenced substantively similar derivative actions in the United States District Court for the Central District of California, which were subsequently consolidated under Case No. CV 194272 (SKx) and styled as *In Re Stamps.com Stockholder Derivative Litigation* (the "California Action");

WHEREAS, on June 25, 2019, the Court in the California Action entered a stipulated order appointing Plaintiffs Hill and Rado and their counsel as Lead Plaintiffs and Co-Lead Counsel, respectively, in the California Action (California Action, D.I. No. 25);

WHEREAS, on July 8, 2020, the Court in the California Action granted defendants' motion to transfer the California Action to this Court (California Action, D.I. No. 43);

WHEREAS, on September 2, 2020, this Court entered an Order appointing Harvey and his counsel as Lead Plaintiff and Co-Lead Counsel, respectively (the "September 2, 2020 Order");

WHEREAS, on October 1, 2020, Plaintiffs Hill and Rado filed a Motion for an Order (i) Lifting Stay; (ii) Vacating Prior Order Appointing Lead Counsel; and (iii) Requiring Service of Unredacted Prior Papers (the "Leadership Motion");

WHEREAS, on February 3, 2021, this Court granted Plaintiffs Hill and Rado's Leadership Motion, and entered an Order that (i) lifted the Stay Order, (ii) vacated the Court's September 2, 2020 Order; and (iii) instructed counsel for Harvey to serve unredacted copies of certain prior filings (the "February 3, 2021 Order");

WHEREAS, on or about February 10, 2021, following consultation concerning confidentiality issues with counsel for Stamps and counsel Hill and Rado, counsel for Harvey served counsel for Hill and Rado with the required documents in compliance with the February 3, 2021 Order;

WHEREAS, counsel for Harvey and counsel for Hill and Rado have further conferred and wish to work collaboratively under the leadership structure proposed herein, subject to the approval of the Court; and

WHEREAS, counsel for all parties have conferred and wish to further stipulate to a stay of this Consolidated Derivative Action pending the outcome of the Delaware Chancery Action, for the reasons described in the Stay Order, subject to the approval of the Court;

IT IS HEREBY ORDERED this 2nd day of March, 2021:

1. Barton Craig Harvey is appointed as Lead Plaintiff in the Consolidated Derivative Action.

2. The law firms of Labaton Sucharow LLP and Hach Rose Schirripa & Cheverie LLP are designated as Co-Lead Counsel for Lead Plaintiff in the Consolidated Derivative Action. The law firms of Gainey McKenna & Egleston, and Glancy Prongay & Murray LLP, together with Lead Counsel, are designated as the Executive Committee in the Consolidated Derivative Action.

3. No motion, request for discovery, or other pre-trial or trial proceedings shall hereafter be initiated or filed by any plaintiff except through Co-Lead Counsel without approval of the Court. Co-Lead Counsel shall set policy for the prosecution of this litigation, delegate and monitor the work performed to ensure that there is no duplication of effort or unnecessary expense, and initiate and coordinate the activities of counsel. Co-Lead Counsel together with the Executive Committee shall have the authority to negotiate a settlement, subject to approval of Lead Plaintiff and the Court. Counsel for the defendants may rely upon all agreements made with Co-Lead Counsel, and any agreement reached between counsel for Defendants and Co-Lead Counsel shall be binding on all other plaintiffs.

4. Co-Lead Counsel shall assume the power and responsibility to:

    a. Coordinate and direct the preparation of pleadings;

    b. Coordinate and direct the briefing and argument of motions;

    c. Coordinate and direct the conduct of discovery and other pretrial proceedings;

    d. Coordinate and direct class certification proceedings;

    e. Conduct any and all settlement negotiations with counsel for the Defendants in consultation with the Executive Committee;

f.  Coordinate and direct the preparation for trial and trial of this matter, and delegate work responsibilities to other members of the Executive Committee and other selected counsel as may be required; and

g.  Coordinate and direct any other matters concerning the prosecution or resolution of the consolidated action.

5.  The Consolidated Derivative Action shall bear the caption below:

| IN RE STAMPS.COM, INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br>C.A. No. 1:19-CV-01861-CFC |
|---|---|

6.  The Court's Stay Order dated October 10, 2019 (D.I. No. 7) is hereby reimposed, this Consolidated Derivative Action is stayed pursuant to the Stay Order, and the temporary lift of the stay pursuant to the Court's Order dated February 3, 2021 (D.I. No. 28) is hereby terminated.

7.  When a case that properly belongs as part of the Consolidated Derivative Action is hereafter filed in the Court or transferred here from another court, Co-Lead Counsel will ensure that such counsel in any such subsequent action receives notice of this Order and the Stay Order.

Dated: March 1, 2021

*Of Counsel*:

HACH ROSE SCHIRRIPA & CHEVERIE LLP
Daniel B. Rehns
Frank R. Schirripa

LABATON SUCHAROW LLP

*/s/ Ned Weinberger*
Ned Weinberger (Bar No. 5256)
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801
Tel: (302) 573-2540

*Proposed Co-Lead Counsel*

112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311

*Proposed Co-Lead Counsel*

*Of Counsel:*

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

GLANCY PRONGAY & MURRAY LLP

Benjamin I. Sachs-Michaels
Daniella Quitt
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Email: bsachsmichaels@glancylaw.com
Email: dquitt@glancylaw.com

*Proposed Executive Committee Counsel*

*Of Counsel:*

KATTEN MUCHIN ROSENMAN

Richard H. Zelichov
Paul S. Yong
2029 Century Park East, Suite 2600
Los Angeles, California 90067

BIELLI & KLAUDER, LLC

/s/ *Ryan M. Ernst*
Ryan M. Ernst, Esq. (Bar No. 4788)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 321-5411
rernst@bk-legal.com

*Counsel to Plaintiffs Hill and Rado*

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ *Alexandra M. Cumings*
Jon E. Abramczyk (Bar No. 2432)
D. McKinley Measley (Bar No. 5108)
Alexandra M. Cumings (Bar No. 6146)
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Email: jabramczyk@morrisnichols.com
     mmeasley@morrisnichols.com

-6-

Tel: (310) 788-4440
Email: Richard.Zelichov@katten.com
       Paul.Yong@katten.com

acumings@morrisnichols.com

*Attorneys for Defendants*

Jonathan Rotenberg
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Email: Jonathan.Rotenberg@katten.com

Carrie M. Stickel
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Email: Carrie.Stickel@katten.com

*Attorneys for Defendants*


SO ORDERED this 2nd day of March, 2021

                                             _____
                                             Honorable Colm F. Connolly