IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE STAMPS.COM, INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br>C.A. No. 1:19-cv-01861-CFC |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on March 2, 2021, the Court reimposed the October 10, 2019 Order to Stay Proceedings in the above-captioned action (the "Federal Action") (D.I. No. 7) pending the resolution of a parallel Delaware Court of Chancery action, captioned *Macomb County Employees' Retirement System v. Kenneth T. McBride, et al.,* C.A. No. 2019-0658-LWW (Del. Ch.) ("Delaware Chancery Action"), which asserted substantively identical derivative Delaware state law claims as those asserted herein (D.I. No. 31);

WHEREAS, on July 23, 2021, the parties in the Delaware Chancery Action and the parties in the Federal Action entered into a Stipulation and Agreement of Compromise, Settlement, and Release (C.A. No. 2019-0658-LWW) (Trans. ID 66793347) (the "Settlement");

WHEREAS, the Settlement, if approved by the Delaware Court of Chancery, would resolve the issues in dispute herein and result in the release of all claims asserted in both the Delaware Chancery Action and the Federal Action;

WHEREAS, the Delaware Court of Chancery issued a Scheduling Order on July 27, 2021 that approved the form and manner of notice to Stamps.com stockholders provided in the Settlement, which included filing a copy of the notice with the U.S. Securities and Exchange Commission ("SEC") as an attachment to an SEC Form 8-K, posting the notice on Stamps.com's "Investor Relations" page, mailing the notice to each person who was a stockholder of record of Stamps.com as of July 23, 2021, and causing publication of a summary of the notice in Investors' Business Daily;

WHEREAS, Stamps.com provided notice in accordance with the Delaware Court of Chancery's Scheduling Order;

WHEREAS, having received no objections from any Stamps.com stockholders, on September 30, 2021, the Delaware Court of Chancery held a settlement hearing and granted final approval of the Settlement (C.A. No. 2019-0658-LWW) (Trans. ID 66979651) (the "Order and Final Judgment");

WHEREAS, the Order and Final Judgment directed the parties "to implement, perform, and consummate the Settlement in accordance with the terms and provisions contained" in the Settlement;

WHEREAS, the Settlement provides that "[n]o later than 10 business days after entry of the [Order and Final Judgment], the Federal Plaintiffs shall file a request for dismissal, with prejudice, of" the Federal Action, "with Plaintiffs, Defendants, and Stamps each to bear his, her, or its own fees, costs and expenses";

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that all remaining claims in the Federal Action are voluntarily dismissed with prejudice, and each party shall bear his, her or its own attorneys' fees and costs except as otherwise provided in the Order and Final Judgment of the Delaware Court of Chancery, and that, with the Court's permission notice need not be provided to Stamps.com stockholders regarding the voluntary dismissal.

[signatures on following pages]

LABATON SUCHAROW LLP

/s/ Ned Weinberger
Ned Weinberger (Bar No. 5256)
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801
Tel: (302) 573-2540

*Co-Lead Counsel for Lead Plaintiff Barton Craig Harvey*

*Of Counsel:*

HACH ROSE SCHIRRIPA & CHEVERIE LLP
Daniel B. Rehns
Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311

*Co-Lead Counsel for Lead Plaintiff Barton Craig Harvey*

BIELLI & KLAUDER, LLC

/s/ Ryan M. Ernst
Ryan M. Ernst, Esq. (Bar No. 4788)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 321-5411
Email: rernst@bk-legal.com

*Counsel for Plaintiffs Hill and Rado*

*Of Counsel:*

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

MORRIS NICHOLS ARSHT & TUNNELL LLP
/s/ Jon E. Abramczyk
Jon E. Abramczyk (Bar No. 2432)
D. McKinley Measley (Bar No. 5108)
Alexandra M. Cumings (Bar No. 6146)
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Email: jabramczyk@morrisnichols.com
       mmeasley@morrisnichols.com
       acumings@morrisnichols.com

*Counsel for Stamps.com Inc.*

*Of Counsel:*

KATTEN MUCHIN ROSENMAN
Richard H. Zelichov
Paul S. Yong
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Tel: (310) 788-4440
Email: Richard.Zelichov@katten.com
       Paul.Yong@katten.com

Jonathan Rotenberg
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Email: Jonathan.Rotenberg@katten.com

Carrie M. Stickel
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Email: Carrie.Stickel@katten.com

*Counsel for Stamps.com Inc.*

GLANCY PRONGAY & MURRAY LLP
Benjamin I. Sachs-Michaels
Daniella Quitt
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Email: bsachsmichaels@glancylaw.com
        dquitt@glancylaw.com

*Executive Committee Counsel and Counsel for Plaintiffs Hill and Rado*

SO ORDERED.

Dated: __October 5__, 2021

_____
Honorable Colm F. Connolly
United States District Judge

4